# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| Eric Roycraft, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-01248-WCG |
| Virtuoso Sourcing Group, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 20, 2015

        Respectfully submitted,

        By /s/ Amy L. Cueller

        Amy L. Cueller, Esq. #15052-49
        LEMBERG LAW, L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        E-Mail: acueller@lemberglaw.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 20, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Amy L. Cueller

                                        Amy L. Cueller