UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

Eric Roycraft,

                Plaintiff,

v.

Virtuoso Sourcing Group, LLC; and DOES 1-10, inclusive,

                Defendants.

Civil Action No.: 1:14-cv-01248-WCG

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Eric Roycraft | Virtuoso Sourcing Group, LLC |
|---|---|
| ___/s/ Amy L. Cueller_____ | __/s/ Matthew P. Kostolnik _____ |
| Amy L. Cueller, Esq. #15052-49 | Michael S. Poncin, Esq. |
| LEMBERG LAW, LLC | Matthew P. Kostolnik, Esq. |
| 43 Danbury Road, 3rd Floor | MOSS & BARNETT, P.A. |
| Wilton, CT 06897 | 150 South Fifth Street, Suite 1200 |
| (203) 653-2250 | Minneapolis, MN 55402 |
| Attorney for Plaintiff | (612) 877-5290 |
| | Attorney for Defendant |

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller

Amy L. Cueller